**Order entered August 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00031-CV

**YOUNG YOO, IRVING SUPERMART, L.L.C. AND ACACIA LAS LOMAS, L.L.C.,**
**Appellants**

**V.**

**A-1 MARKETING, INC., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05632**

## ORDER

As ordered to do so, appellants have filed written verification of payment for the reporter's record. Accordingly, we **ORDER** court reporter Vielica Dobbins to file the reporter's record of proceedings held July 16, 2018 and September 21, 2018 no later than August 16, 2019. Appellants' brief shall be filed within thirty days of the filing of the reporter's record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Dobbins and the parties.

/s/ KEN MOLBERG
   JUSTICE